THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLIFFTON FLETCHER, Appellant.

Submitted November 30, 2015; decided December 15, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES A. GHENT, III, Appellant.

Submitted November 30, 2015; decided December 15, 2015

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN E. RAMSEY, Appellant.

Submitted November 30, 2015; decided December 15, 2015

Motion for assignment of counsel granted and Robert N. Gregor, Esq., 3 Lake Avenue, Lake George, New York 12845 assigned as counsel to the appellant on the appeal herein.